IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CARLOS ALBERTO GARAY, JR.                                              PLAINTIFF

v.                                       Civil No. 4:18-cv-4148

CAPTAIN ADAMS, Miller County Detention
Center (MCDC); LIEUTENANT MILLER, MCDC;
SERGEANT GRIFFIE, MCDC; and SERGEANT
SANDERS, MCDC                                                          DEFENDANTS

## ORDER

On December 11, 2018, the Court dismissed this case without prejudice because all mail sent by the Court to Plaintiff Carlos Alberto Garay, Jr. at the Miller County Detention Center had been returned as undeliverable and because Plaintiff failed to provide the Court with a new address. (ECF No. 6). Plaintiff has since contacted the Court and advised that he was not incarcerated in the Miller County Detention Center at that time and that he received no mail from the Court.

Upon further review, the Court notes that Plaintiff provided a home address on the Complaint and that the returned mail was not sent to that address. (ECF No. 1). For this reason, the Court's Order (ECF No. 6) is hereby **SET ASIDE**. The Clerk of Court is **directed** to reopen this case. The matter is referred to the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

**IT IS SO ORDERED,** this 8th day of January, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge